**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION**

CASE NO. __3:20-cv-00178-BSM-PSH__

*FILED
EASTERN DISTRICT COURT
DISTRICT ARKANSAS
JUL 01 2020
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK*

**Jury Trial:** ☒ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: __Walter T Guffey Jr__
ADC # __31983__
Address: __1809 Rocking Chair Rd   Greene Co.   Paragould, Ar. 72450__

Name of plaintiff: _____
ADC # _____

Address: _____

*This case assigned to District Judge Miller
and to Magistrate Judge Harris*

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: __Pulaski Co. Jail__
Position: __Jail Administrators__
Place of employment: __Pulaski Co. Detention Facility__
Address: __3201 West Roosevelt Rd   Little Rock Ar 72204__

Name of defendant: __Turn Key Health__
Position: __Health Provider at Pulaski Co. Jail__

-4-

Place of employment: Pulaski Co. Detention Facility

Address: 3201 West Roosevelt Rd    Little Rock, AR 72204

Name of defendant: Greene Co. Jail

Position: Jail Administrators

Place of employment: Greene Co. Detention Facility

Address: 1809 Rocking Chair Rd    Greene Co. Paragould, AR 72450

Name of defendant: Turn Key Health

Position: Health Provider at Greene Co. Jail

Place of employment: Greene Co. Detention Facility

Address: 1809 Rocking Chair Rd    Greene Co. Paragould, AR 72450

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes X    No ___

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☒ Parties to the previous lawsuit:

Plaintiffs: Walter T Guffey Jr

Defendants: Lucas Emberton, Mike Sharmon, Tommy Mahan

-5-

☒ Court (if federal court, name the district; if state court, name the county): Eastern District of Arkansas

☒ Docket Number: 4:19-CV-00363 BRW-BD

☒ Name of judge to whom case was assigned: Mag. Beth Deere

☒ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) failure to state a claim

☒ Approximate date of filing lawsuit: May 20-2019

☒ Approximate date of disposition: Sept/Oct - 2019

IV. Place of present confinement: 1809 Rocking Chair Rd Greene Co. Jail Paragould, Ar 72450

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

    X  in jail and still awaiting trial on pending criminal charges

    ___ serving a sentence as a result of a judgment of conviction

    ___ in jail for other reasons (e.g., alleged probation violation, etc.)
         explain: _____

    awaiting trial

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

   A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

      Yes X    No ___

   B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes  X    No ___

If not, why? _____

VII.  Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Feb. 27th 2019 I was arrested by USFMS in Van Buren Co. Clinton Ar. On March 26th 2019 I had blood in my stool and in my urine, I was taken to Ozark Health they were not able to treat my medical condition. I was then sent by ambulance to Baptist Health Hospital to E.R. Where I was given blood due to loss of blood by bleeding. I was diagnosed with, black stool due to bleeding, bleeding of the stomach and intestines, Anemia due to Acute blood Loss, Chronic Hep-C Virus Infection, Alcohol Abuse, Constipation, Insomnia, Fever.

(See Attached pages)

-7-

## *Statement of Claim*

continue: Difficult or Painful Urination, Swollen Kidney, Kidney Stones (7), Lung Nodule Seen on Imaging Study, Blood in Urine, Inflammation of the stomach Lining.

I spent a total of 10-days and over $84,000. On April 6th 2019, I was cleared to leave Baptist Health. But due to Van Buren Co. Jail not having proper medical staff to address my medical issues, I was sent to Pulaski Co. Jail. Upon my arrival there, I gave the Medical staff my 7-page "Discharge Paper" & "After Visit Summary". In those papers I made it clear that I have had a stent put in my back surgically and that I am passing 7-kidney stones. And the Doctors orders was within one-week I was return to have the stent removed and to have the kidney stones busted-up by Urologist, all this was to take place by April 13th 2019. And to this day 6-23-2020 it has still not taken place. As we speak now I have medical problems with blood in urine, painful urination, Infection in my blood and urine, I am still taking 8. different medication. I have fill-out sick-calls & filed grievances at Pulaski, which only got

(2)

"Statement of Claim"

transferred to Lonoke Co. Jail. But once Lonoke saw my medical issue, they sent me back to Pulaski within a week. Once back at Pulaski Co. Jail I filed more sicks calls and grievances. Sgt Brawley the grievance Officer said that I have been made appointment to see urologist, on my grievance "so stop writing grievances" he stated.

Dr. Tilly and Nurse practioner Robert who treated me a Pulaski Co. Jail and Turn Key Health, said they are working on it or its up to USMS because I am in Federal Custody, but all that got me was another transferr, to Greene Co. Jail in Paragould Ar.

I arrived here August 2019 and I am still fighting tooth + Nail to get surgery done that was order by Doctors 14-months ago. I am still in pain, still have blood issues I also gave medical staff here a copy of my discharge from Baptist Health in Little Rock, Ar.

## State of Claim

I feel I also must name as Defendants the United States Federal Mashalls Service because I am in thier custody and have been since Feb. 27th 2019. I feel they all have turned a blind eye to my medical needs. I am at thier mercy to provide the proper medical procedures ordered by Doctors at Baptist Health Hospital. I also feel that they all have and still are putting my the life in grave danger, due to the fact that I am 62 yrs old with medical issues in the wake of this Covid-19 crisis puts me in harms way. All this could have been avoided if they would of taken care of my medical back in April-2019, when there was no sign of Covid-19. I am still being pushed to the back burner. I an having same symptons that sent me to the Baptist Health Hospital back in March-2019. The same symptens that I was cured of which is blood in urine with infections in blood. I have since passed just (1) Kidney stone of the 2-I have with pain that I have never had before in my life I turned it in to Nurse Jaime

# Statement of Claim (D)

I also must name as Defendants, the Employees of: Pulaski Co. Jail / Turn Key Health
Greene Co. Jail / Turn Key Health

Thier address will be the same as:
Pulaski Co. Jail / Turn Key Health Provider
Greene Co. Jail / Turn Key Health Provider

They are as follows:
① Jail administrator (Pulaski County)
② Sgt. Brawley (Grievance Off.)

Turn Key Health Provider:
① Medical Administrator - Pulaski Co
② Dr. Tilly - Pulaski Co.
③ Nurse Practioner: Mrs. Roberts
④ Nurse Burkett

Jail Administrator (Greene County)
① Dr. Brent Cox

Jail Supervisor (Greene County)
① Don Critten (Greene County)

Turn Key Health Provider (Greene County)
① Medical Administrator - (Green County)
② Dr. Carter - (Greene Co)
③ Nurse Jamie (Greene Co)
④ Nurse Huggins (Greene County)
⑤ Nurse Kim (Greene County)
⑥ Nurse Glenn (Greene County)

*All these may be reach at the addresses given under the Heading of: Pulaski Co. Jail / Turn Key Health Provider
Greene Co. Jail / Turn Key Heath Provider

6-23-2020          X Walter T Guffey III

VIII.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Have the defendants pay medical bills, pay for long term medical care, compensate me for my pain & suffer that I am still enduraning as to thier necglience and still need to have surgery done

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 23 day of June, 20 20.

Walter T Duffey Jr
_____
Signature(s) of plaintiff(s)

Walter T Guffey Jr. #31983
1809 North Rocking Chair Rd
Greene County Detention
Paragould, Ar. 72450

Pro Se Clerk
600 West Capitol Ave Room A-149
Little Rock, Ar
72201

Legal Mail



72201-339919