# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**WALTER T. GUFFEY JR.**                                                  **PLAINTIFF**
**#22272**

v.                       No: 3:20-cv-00178 BSM-PSH

**PULASKI COUNTY JAIL,** *et al.*                              **DEFENDANTS**

## ORDER

Having reviewed Plaintiff Walter T. Guffey's amended complaint (Doc. No. 10) for screening purposes,[1] it appears that service is appropriate with respect to Guffey's Eighth Amendment deliberate indifference claims against defendants Nurse Kendra Roberts, Nurse Jamie Trowbridge, and Jail Administrator Brent Cox in their individual capacities. The Clerk of the Court shall prepare summonses for these defendants and the United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 10) and a summons on each defendant without prepayment of fees and costs or security therefor. Defendants Roberts and Trowbridge should be served through Turn Key Health Clinics, LLC, c/o Alexandra

---

[1] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

G. Ah Loy, General Counsel, 19 NE 50th Street, Oklahoma City, OK 73105.  Service on defendant Cox should be attempted through the Greene County Sheriff's Office.[2]

IT IS SO ORDERED this 1st day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] If the defendants are no longer County employees, the individual responding to service must file a **SEALED** Statement providing the unserved defendant's last known private mailing address.