IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WALTER T. GUFFEY, JR.**                                                                  **PLAINTIFF**
**#22272**

v.                  **CASE NO. 3:20-CV-00178-BSM-PSH**

**PULASKI COUNTY JAIL,** *et al.*                                         **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Patricia Harris's proposed findings and recommendations [Doc. No. 13] are adopted. Walter Guffey's claims against Sergeant Brawley, Turn Key Health, and the United States Marshal Service are dismissed without prejudice. His claims against Brent Cox, Medical Administrator Doe, Nurse Roberts, and Jamie Trowbridge, in their official capacities, are dismissed without prejudice. He may proceed with his claims against Cox, Doe, Roberts, and Trowbridge in their individual capacities.

IT IS SO ORDERED, this 22nd day of October, 2020.

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE