IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WALTER T. GUFFEY JR.**    **PLAINTIFF**
**#31983**

v.     No: 3:20-cv-00178 BSM-PSH

**BRENT COX,** *et al.*    **DEFENDANTS**

## ORDER

Plaintiff Walter T. Guffey Jr. filed this *pro se* 42 U.S.C. § 1983 action on July 1, 2020 (Doc. No. 2). The Court previously determined that service was appropriate as to a Doe defendant, the Pulaski County Medical Administrator, in his or her individual capacity. *See* Doc. Nos. 13 & 18. However, without a name for this defendant, service cannot be attempted. Accordingly, Guffey is directed to provide a name or other sufficiently detailed description to identify the Doe defendant. Guffey's failure to do so within 60 days may result in the recommended dismissal of his claims against the Doe defendant.

IT IS SO ORDERED this 27th day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE