## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION


**WALTER T. GUFFEY JR.**                                                        **PLAINTIFF**
**#22272**

**v.**                        **No: 3:20-cv-00178 BSM-PSH**


**PULASKI COUNTY JAIL,** *et al.*                                        **DEFENDANTS**

## <u>ORDER</u>

Before the Court is a response filed by Plaintiff Walter T. Guffey Jr. (Doc. No. 28) to the Court's April 27, 2021 order requiring a name for the Doe defendant (Doc. No. 27). Based on Guffey's response, the Clerk of Court is directed to correct the name of the Doe defendant to Lowe and to prepare a summons for defendant Lowe. The U.S. Marshal is directed to serve the summons, amended complaint (Doc. No. 10), and this Order on defendant Lowe without prepayment of fees and costs or security therefor. Service should be attempted at Turn Key Health Clinics, LLC, c/o Alexandra G. Ah Loy, General Counsel, 900 NW 12th Street, Oklahoma City, OK 73106.

IT IS SO ORDERED this 29th day of June, 2021.


_____
UNITED STATES MAGISTRATE JUDGE