**Jennifer Belcher**

**From:** Hammons, Robert (USMS) <Robert.Hammons@usdoj.gov>
**Sent:** Monday, June 24, 2019 5:01 PM
**To:** Bertha Lowe
**Cc:** Chappell, Debra (USMS)
**Subject:** RE: Walter Guffey
**Attachments:** Walter Guffey PMR.pdf

**Importance:** High

My apologies, this somehow got overlooked.

**From:** Bertha Lowe [mailto:blowe@turnkeyhealthclinics.com]
**Sent:** Monday, June 24, 2019 1:46 PM
**To:** Hammons, Robert (USMS) <RHammons@usms.doj.gov>
**Subject:** Walter Guffey

I have submitted a PRM on this detainee on 5/20/19. Still awaiting approval.

--
Bertha Lowe
Administrative Assistant / Medical Records' Supervisor
Medical Department
Turnkey Health Clinics/Pulaski County Jail
blowe@turnkeyhealthclinics.com
O: (501) 340-7031 / F: (501) 340-7072

**U.S. Department of Justice**
United States Marshals Service

# Prisoner Medical Request

INSTRUCTIONS: To be completed by detention facility and USMS district offices (as applicable).

- **NON-EMERGENCIES:** Prior to seeking outside medical attention for a prisoner, complete this form and fax it to the USMS district office at the fax number listed below. USMS will notify you of approval or denial of the request.
- EMERGENCIES: ***Obtain treatment*** and notify USMS by faxing this form to the number below within 24 hours.

*U.S. Marshals Service Use Only:*

**District:** Eastern District of Arkansas **Telephone:** 501-324-6256 **Fax:** 501-324-6252

**Date of Request:** 05/20/2019 **Time of Request:** 12:41

**Prisoner Name:** Walter Guffey **USMS Prisoner No.:** 32544-009

**Private Insurance?** ☐ YES ☒ NO If yes, Provider Name:

**Detention Facility:** Pulaski County Regional **Contact Person:** Genia Walker / Bertha Lowe

**Telephone:** (501) 340-7031 **Fax:** (501) 340-7072

**Description of Requested Service(s) and Reason for Service(s):**

- Attach medical or dental notes to support request or note below if court-ordered.
- Over-the-counter (OTC) medications are covered by the per diem rate as part of inside medical care.
- OTCs should be provided by the jail without any additional cost to USMS.

Detainee diagnosed with Ureteric Stone and stint placed on 4/2019. Needs Urology appointment for removal of stint. Detainee previously refused to be seen.
* see attached.

**Urgency of Request:** ☐ Emergency Notification ☒ < 2 weeks ☐ 2-6 weeks ☐ > 6 weeks ☐ Hospital Admission

**Facility/Hospital/Pharmacy Providing Service:** **Appt. Date:**

**Health Care Provider Providing Service:** **Appt. Date:**

***NOTE:** By law, USMS may only pay Medicare rates or less.*

**TO BE COMPLETED BY USMS DISTRICT OFFICE:**

**Request is:** ☒ APPROVED ☐ REFERRED TO OIMS *(USMS Districts are not allowed to deny medical requests.)*

**District Representative:** DUSM Robert Hammons **Signature:** ROBERT HAMMONS Digitally signed by ROBERT HAMMONS Date: 2019.06.24 16:56:34 -05'00' **Date:** 06/24/2019

**Deputies Handling Prisoner:** /

**TO BE COMPLETED BY USMS OFFICE OF INTERAGENCY MEDICAL SERVICES (OIMS):**

**OIMS Review:** ☐ APPROVED ☐ DENIED ☐ DEFERRED ☐ NOTIFIED/ACKNOWLEDGED

**Comments:**

**OIMS Reviewer (Initials):** **OIMS Physician (Initials):** **Date:**

Reset Form



Est. 01/12

TK727

**Jennifer Belcher**

**From:** Genia Walker
**Sent:** Monday, June 24, 2019 2:15 PM
**To:** Bertha Lowe
**Subject:** Re: Walter Guffey

**Importance:** High

As expected, you are doing everything you should.

At what point can we call them? I would like to explain to someone that he needs this stent removed.

**Genia Walker, B.S.N., R.N., M.S.C.J.A.**
**Turn Key Health Clinics**
Health Service Administrator
Pulaski County Detention Facility
3201 W. Roosevelt Rd.
Little Rock, AR 72204
(501) 340-6858 (OFFICE)
(870) 370-7230 (CELL)
(501) 340- 7073 (FAX)

On Mon, Jun 24, 2019 at 1:46 PM Bertha Lowe <blowe@turnkeyhealthclinics.com> wrote:

---------- Forwarded message ---------
From: **Bertha Lowe** <blowe@turnkeyhealthclinics.com>
Date: Mon, May 20, 2019 at 12:48 PM
Subject: Walter Guffey
To: are.medical <are.medical@usdoj.gov>, Hammons, Robert (USMS) <robert.hammons@usdoj.gov>

--
Bertha Lowe
Administrative Assistant / Medical Records' Supervisor
Medical Department
Turnkey Health Clinics/Pulaski County Jail
blowe@turnkeyhealthclinics.com
O: (501) 340-7031 / F: (501) 340-7072

--
Bertha Lowe

Administrative Assistant / Medical Records' Supervisor
Medical Department
Turnkey Health Clinics/Pulaski County Jail
blowe@turnkeyhealthclinics.com
O: (501) 340-7031 / F: (501) 340-7072

**Jennifer Belcher**

**From:** Bertha Lowe
**Sent:** Monday, June 24, 2019 1:46 PM
**To:** Hammons, Robert (USMS)
**Subject:** Walter Guffey

I have submitted a PRM on this detainee on 5/20/19. Still awaiting approval.

--
Bertha Lowe
Administrative Assistant / Medical Records' Supervisor
Medical Department
Turnkey Health Clinics/Pulaski County Jail
blowe@turnkeyhealthclinics.com
O: (501) 340-7031 / F: (501) 340-7072

**Jennifer Belcher**

---

**From:** Bertha Lowe
**Sent:** Monday, May 20, 2019 12:49 PM
**To:** are.medical;Hammons, Robert (USMS)
**Subject:** Walter Guffey
**Attachments:** Walter Guffey (2).pdf; Walter Guffey (3).pdf

--
Bertha Lowe
Administrative Assistant / Medical Records' Supervisor
Medical Department
Turnkey Health Clinics/Pulaski County Jail
blowe@turnkeyhealthclinics.com
O: (501) 340-7031 / F: (501) 340-7072