# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**WALTER T. GUFFEY JR.**                                                                 **PLAINTIFF**
Reg. #23544-009

v.                          No: 3:20-cv-00178-PSH

**KENDRA ROBERTS,** *et al.*                                                    **DEFENDANTS**

## ORDER

The Court has reviewed the motion for summary judgment and related pleadings and evidence submitted by Kendra Roberts, Bertha Lowe, and Jamie Trowbridge (the "Turnkey Defendants") (Doc. Nos. 62-64) as well as plaintiff Walter T. Guffey Jr.'s response (Doc. No. 67). Having considered Guffey's need for an attorney, the likelihood that he will benefit from assistance of counsel, the factual complexity of the case, his ability to investigate and present his case as it currently stands, and the complexity of the legal issues, the Court finds that counsel should be appointed at this time to assist Guffey with all aspects of this case moving forward. Accordingly, the pending motion for summary judgment filed by the Turnkey Defendants (Doc. No. 62) is hereby HELD IN ABEYANCE until further order. The Clerk of Court is directed to administratively terminate the motion.

Pursuant to his appointment on the CJA Panel and Local Rule 83.7, Robert M. Golden, The Law Office of Robby Golden, 3700 Cantrell Road, Suite 102

Little Rock, AR 72202, is appointed to represent Plaintiff in all further proceedings in this action. The Clerk of the Court is directed to enter Mr. Golden's name as the attorney of record for Plaintiff, and shall send counsel the following: (1) a copy of this order; (2) a copy of Local Rule 83.7; and (3) a copy of the docket sheet. The Clerk of Court is directed to send a copy of this order to Guffey at his address of record. Mr. Golden will be provided a copy of the case file.

The undersigned schedules the following deadlines:

- The parties have until March 1, 2023, to conduct further discovery (including obtaining any desired expert testimony/opinions).[1]

- Plaintiff has until March 15, 2023, to file a supplemental response to the Turnkey Defendants' motion for summary judgment.

- This matter is set for trial the week of September 18, 2023, in case it is not resolved on summary judgment; the Court will enter a Final Scheduling Order with additional information and deadlines at a later date.

IT IS SO ORDERED this 26th day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's counsel may apply for reimbursement for associated costs pursuant to Local Rule 83.6.