IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WALER T. GUFFEY, JR.,**                                                         **PLAINTIFF**
Reg. # 23544-009

V.                              NO. 3:20-CV-178-PSH

**KENDRA ROBERTS, BERTHA LOWE,**
**AND JAMIE TROWBRIGE**                                                    **DEFENDANTS**

## ORDER

This case is scheduled for a settlement conference before Magistrate Judge Beth Deere on July 21, 2023, at 9:00 a.m. at the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Courtroom 2B, Little Rock, Arkansas. Plaintiff Walter Guffey, represented by Attorney Robert M. Golden, is incarcerated at the Federal Correctional Institution in Memphis, Tennessee ("FCI-Memphis"). FCI-Memphis is directed to ensure Mr. Guffey's attendance at the settlement conference. The Clerk of Court is directed to provide a copy of this Order to Warden F. J. Bowers at FCI-Memphis, 1101 John A. Denie Road, Memphis, TN  38134.

IT IS SO ORDERED this 14th day of June, 2023.

_____
UNITED STATES MAGISTRATE JUDGE