UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WALTER T. GUFFEY, JR.,Reg. # 23544-009     PLAINTIFF

V.     NO. 3:20-cv-178-PSH

KENDRA ROBERTS, BERTHA LOWE,
AND JAMIE TROWBRIGE     DEFENDANTS

## CLERK'S MINUTES

### SETTLEMENT CONFERENCE
### BEFORE MAGISTRATE JUDGE BETH DEERE
### July 21, 2023

Present:
Plaintiff (by teleconference from FCI-Memphis) and his attorney, Robert Golden.
Defendants' attorney Allison Scott.

After negotiations in a settlement conference, the parties reached a full and final settlement agreement of all claims. Terms of the agreement were recited by the Court, and the parties and counsel acknowledged approval of the terms as stated. A written settlement agreement and Joint Stipulation of Dismissal will be prepared.

ECRO:   Suzy Flippen
Time in Court: 9:00 a.m. – 11:45 a.m.