IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WALTER T. GUFFEY, JR.                                               PLAINTIFF

v.                  Civil No. 3:20-cv-00178-BSM-PSH

PULASKI COUNTY JAIL, *et al.*                              DEFENDANTS

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Walter T. Guffey, Jr., and Defendants, Bertha Lowe, Kendra Roberts, APRN, and Jami Trowbridge, LPN, by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Respectfully submitted this 7th day of August, 2023.

THE LAW OFFICE OF ROBBY GOLDEN      HALL BOOTH SMITH, P.C.

Robert M. Golden, AR Bar # 2003134
3700 Cantrell Road, Suite 102
Little Rock, AR 72202
Attorney.robby.golden@gmail.com
Telephone: (501) 372-8600
Facsimile: (888) 830-6252

*Attorneys for Plaintiff,*
*Walter T. Guffey, Jr.*

Alexandra G. Ah Loy, AR Bar # 2020020
6301 Waterford Blvd., Ste. 200
Oklahoma City, OK 73118
AllieAhLoy@hallboothsmith.com
Telephone: (405) 513-7111
Facsimile: (405) 768-1414

Allison T. Scott, AR Bar # 2020205
200 River Market Avenue, Suite 500
Little Rock, AR 72201
allisonscott@hallboothsmith.com
Telephone: (501) 214-3499
Facsimile: (501) 604-5566

*Attorneys for Defendants Bertha Lowe,*
*Kendra Roberts, APRN, and Jami*
*Trowbridge, LPN*