# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**WALTER T. GUFFEY JR.**                                                                 **PLAINTIFF**
Reg. #23544-009

v.                              No: 3:20-cv-00178-PSH

**KENDRA ROBERTS,** *et al.*                                                            **DEFENDANTS**

## JUDGMENT

Pursuant to the Joint Stipulation for Dismissal with Prejudice filed August 7, 2023 (Doc. No. 81), judgment is entered dismissing this case with prejudice.

DATED this 8th day of August, 2023.

_____
UNITED STATES MAGISTRATE JUDGE